**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| PHILIP CHEUNG,<br>Plaintiff,<br>v.<br>CHINESE RADIO SEATTLE INC,<br>Defendant. | CASE NO.: 2:26-cv-03781<br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br>**(INJUNCTIVE RELIEF DEMANDED)**<br>**JURY TRIAL DEMANDED** |

Plaintiff PHILIP CHEUNG by and through his undersigned counsel, hereby brings this Complaint against Defendant CHINESE RADIO SEATTLE INC for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff PHILIP CHEUNG ("Cheung") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Cheung's original copyrighted Work of authorship.

2. Cheung is a Canadian documentary photographer and photojournalist based in Los Angeles. A former member of the Canadian military, he transitioned into photography in the mid-2000s and is largely self-taught. His work focuses on themes such as conflict, identity,

labor, and the human impact of political and social forces, often blending portraiture, landscape, and long-form visual storytelling. He has photographed in regions including Afghanistan, the Middle East, the Arctic, and Ukraine, capturing both frontline events and everyday life shaped by them. Cheung's photography has been widely exhibited internationally and featured in major publications such as TIME and The Washington Post. He has received numerous honors, including recognition as one of PDN's "30 New and Emerging Photographers to Watch" and the Leica/BarTur Photojournalist of the Year award. He is known for a thoughtful, human-centered approach that explores how large global events are experienced on an individual level.

3. Defendant CHINESE RADIO SEATTLE INC ("CRS") is a community-focused media organization based in Bellevue, Washington, dedicated to serving the Chinese-speaking population in the greater Seattle area. Founded in May 2012 and launching its first broadcast on June 25, 2012, it is recognized as the region's first Chinese-language radio station, broadcasting in both Mandarin and Cantonese. The station was established by founder Xiaoyuan Su with the goal of creating a trusted platform for Chinese immigrants and local residents to access news, information, and cultural programming. Over time, it has grown into a prominent multicultural media outlet, offering a wide range of content, including news, talk shows, lifestyle programs, and music, covering topics such as health, education, travel, family life, and entertainment. Chinese Radio Seattle broadcasts on AM 1150 and digital HD channels while also streaming online and through mobile apps, allowing audiences to listen locally and globally. At all times relevant herein, CRS owned and operated the website located at the internet URL www.chineseradioseattle.com (the "Website").

4. Cheung alleges that Defendant copied Cheung's copyrighted Work from the internet in order to advertise, market and promote its business activities. CRS committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the CRS' business.

**JURISDICTION AND VENUE**

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Washington.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, CRS engaged in infringement in this district, CRS resides in this district, and CRS is subject to personal jurisdiction in this district.

**DEFENDANT**

9. Chinese Radio Seattle Inc is a Washington Corporation, with its principal place of business at 3650 131st Avenue SE, Suite 550, Bellevue, Washington, 98040, and can be served at its principal place of business.

**THE COPYRIGHTED WORK AT ISSUE**

10. In 2026, Cheung created the photograph entitled "20260110NAT-CA-PROTEST0143.JPG," which is shown below and referred to herein as the "Work".




11. Cheung registered the Work with the Register of Copyrights on March 4, 2026, as part of a group registration. The Group Registration was assigned registration number VA 2-492-417. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. Cheung's Work is protected by copyright but was not otherwise confidential, proprietary, or trade secrets.

13. At all relevant times Cheung was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY CRS

14. CRS has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, CRS copied the Work.

16. On or about March 2, 2026, Cheung discovered the unauthorized use of his Work on the Website.

17. CRS copied Cheung's copyrighted Work without Cheung's permission.

18. After CRS copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its Chinese language radio station and website business.

19. CRS copied and distributed Cheung's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

20. Cheung's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

21. CRS committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

22. Cheung never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

23. Cheung notified CRS of the allegations set forth herein on April 16, 2026 and May 4, 2026. To date, the parties have failed to resolve this matter.

## COUNT I
## DIRECT COPYRIGHT INFRINGEMENT

24. Cheung incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Cheung owns a valid copyright in the Work at issue in this case.

26. Cheung registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. CRS copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Cheung's authorization in violation of 17 U.S.C. § 501.

28. CRS performed the acts alleged in the course and scope of its business activities.

29. Defendant's acts were willful.

30. Cheung has been damaged.

31. The harm caused to Cheung has been irreparable.

## COUNT II
## VICARIOUS COPYRIGHT INFRINGEMENT

32. Cheung incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

33. Upon information and belief, a third party committed copyright infringement when they copied, displayed, and made derivatives of the Work.

34. CRS has a direct financial interest in the infringing material because it derives profits from the Website displaying the infringed Work.

35. Despite having the ability to stop the infringed Work from being displayed on its Website, CRS allowed the materials to remain up for display.

36. To the extent that the actions described above were performed by the third-party alone, CRS is vicariously liable for the unauthorized copying, display, distribution, and creation of derivative works of the Work without Cheung's authorization in violation of 17 U.S.C. § 501.

37. Cheung has been damaged.

38. The harm caused to Cheung has been irreparable.


8730 WILSHIRE BOULEVARD, SUITE 350
BEVERLY HILLS, CA 90211
MATTHEW L. ROLLIN: 323.452.5600

WHEREFORE, the Plaintiff PHILIP CHEUNG prays for judgment against the Defendant CHINESE RADIO SEATTLE INC that:

a. CRS and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. CRS be required to pay Cheung his actual damages and Defendant's profits attributable to the infringement, or, at Cheung's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Cheung be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Cheung be awarded pre- and post-judgment interest; and

e. Cheung be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Cheung hereby demands a trial by jury of all issues so triable.

DATED: October 6, 2026

Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
Washington Bar Number: 64741
Matthew.rollin@sriplaw.com

**SRIPLAW, P.A.**
8730 Wilshire Boulevard, Suite 350
Beverly Hills, CA 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile

and

JOEL B. ROTHMAN
Washington Bar Number: 57717
Joel.rothman@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 212
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Philip Cheung*